THE STATE OF OHIO, APPELLEE, *v.* RICE, APPELLANT.

[Cite as State *v.* Rice (1990), 50 Ohio St. 3d 51.]

(No. 89-191—Submitted February 7, 1990—Decided March 7, 1990.)

The judgment of the court of appeals is reversed on authority of *State v. Gaines* (1989), 46 Ohio St. 3d 65, 545 N.E. 2d 68.

*Judgment reversed.*

MOYER, SWEENEY, WRIGHT and H. BROWN, JJ., concur.

HOLMES, DOUGLAS and RESNICK, JJ., dissent.

DOUGLAS, J., dissenting. I would affirm the judgment of the court of appeals on the authority of *State* v. *Murphy* (1990), 49 Ohio St. 3d 206, 551 N.E. 2d 932, decided this date.

*Steven C. LaTourette,* prosecuting attorney, *Karen Lutz Kowall* and *Michael P. Brown,* for appellee.

*Paul Mancino, Jr.,* for appellant.